```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 07-61069-CIV-ZLOCH
```

INGEMAR KEITT,

      Plaintiff,

vs.                                              **FINAL ORDER OF DISMISSAL**

PAUL BROWN,

      Defendant.

_____/

    THIS MATTER is before the Court sua sponte.  The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    By prior Order (DE 27), United States Magistrate Judge Patrick A. White directed Plaintiff to file with the Court and serve upon Defendant by April 4, 2008, a Pretrial Statement containing a brief statement of the nature of the case and a statement of facts to be proven and witnesses to be called at trial.  The Order further stated that "<u>plaintiff is cautioned that failure to file the Pretrial Statement may result in dismissal of this case for lack of prosecution</u>."  DE 27, ¶ 7 (emphasis in original).

    Plaintiff did not file said Pretrial Statement.  On April 18, 2008, Defendant Paul Brown filed a Notice Of Plaintiff's Failure To File Pretrial Statement (DE 42).  Again on June 17, 2008, Defendant Paul Brown filed a Notice Of Plaintiff's Failure To File Pretrial Statement (DE 44).  Despite these Notices and over 100 days passing from the original deadline, Plaintiff never complied with Judge

White's Order (DE 27).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That the Complaint filed in this matter be and the same is hereby **DISMISSED**, without prejudice, for failure of the Plaintiff to comply with Magistrate Judge Patrick A. White's Order (DE 27); and

2. That to the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___18th___ day of July, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Ingemar Keitt, pro se
No. 570702035
Calhoun Correctional Institution
19562 SE Institutional Drive, Unit 1
Blountstown, FL 32424